## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Constructora Hostotipaquillo S.A. de C.V.

v.  Case Number: 4:18–cv–03467

CMG Asset Holdings, LLC, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/8/2022

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Show Cause Hearing

Date:   January 31, 2022

Nathan Ochsner, Clerk